ELIZABETH H. RYAN

*v.*

THE STATE OF ILLINOIS.

*Opinion filed February 17, 1897.*

CLERICAL SERVICES—*reasonable allowance made for services rendered at request of State officers.* This claim is submitted on affidavits showing services on which claim is based were performed at the request of the Attorney General and that charges made are just and reasonable and the claim is allowed.

This claim is for taking and transcribing testimony to be used on behalf of the defense in the case of Catherine Cutting v. The People of the State of Illinois.

The Attorney General enters the appearance of the State and submits the cause for hearing and decision upon the affidavits attached to the claim. The affidavits show that the services were performed at the request of

the Attorney General, and that the charges made are just and reasonable. It is therefore considered that the claimant, Elizabeth H. Ryan be, and she is awarded the sum of thirty-one dollars and fifty cents ($31.50) in full of her claim.